UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL PRICE,

                Petitioner,                                  ORDER

                - against -                              07-CV-3313 (NGG)

UNITED STATES OF AMERICA,

                Respondent.
-------------------------------------------------------------X

NICHOLAS G. GARAUFIS, United States District Judge.

      On September 28, 2007, this court ordered the United States Attorney for the Eastern District of New York to show cause within sixty days why Petitioner Michael Price's ("Petitioner") motion pursuant to 28 U.S.C. § 2255 should not be granted. (Docket Entry # 4.) The United States Attorney has not filed a return to Petitioner's motion. The United States Attorney is ORDERED to respond to Petitioner's motion on or before July 10, 2008.

      On June 6, 2008, Petitioner filed a letter in which he notified the court that he had been transferred to the Metropolitan Detention Center from his previous place of confinement and that he had not been allowed to bring any legal documents with him. The Clerk of Court is directed to provide Petitioner with a copy of the docket sheet as well as with a copy of all the documents that have been filed in this case, including this Order.

SO ORDERED.

Dated: June 20, 2008                                /s Nicholas G. Garaufis
       Brooklyn, New York                     NICHOLAS G. GARAUFIS
                                                      United States District Judge